# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | JANICE M. CLANTON |
| **Case Number:** | 3:16-BK-06936-DPC     **Chapter:** 7 |
| **Date / Time / Room:** | FRIDAY, SEPTEMBER 16, 2016 10:00 AM   FLAGSTAFF |
| **Bankruptcy Judge:** | DANIEL P. COLLINS |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | KAYLA COLASONT |

## Matter:

PRO SE DEBTOR REAFFIRMATION AGREEMENT FILED ON BEHALF OF FREEDOMROAD FINANCIAL C/O CAPITAL RECOVERY GROUP.

R / M #:   11 / 0

## Appearances:

PERNELL MCGUIRE, ATTORNEY FOR JANICE M. CLANTON

## Proceedings:

Mr. McGuire advises the Debtor surrendered the vehicle and he requests this hearing be vacated.

COURT: HEARING VACATED.